69 A.3d 239

Jaime SANTIAGO, Petitioner

v.

COURT OF COMMON PLEAS OF
PHILADELPHIA, Respondent.

No. 77 EM 2013.

Supreme Court of Pennsylvania.

June 27, 2013.

## ORDER

PER CURIAM.

AND NOW, this 27th day of June, 2013, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.